OSCN Found Document:IN RE AMENDMENT TO RULES CREATING AND CONTROLLING OKLAHOMA BAR ASSOCIATION

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 IN RE AMENDMENT TO RULES CREATING AND CONTROLLING OKLAHOMA BAR ASSOCIATION
2024 OK 68
Case Number: SCBD-7739
Decided: 09/30/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 68, __ P.3d __

 

IN RE: Amendment to the Rules Creating and Controlling the Oklahoma Bar Association
ORDER
This matter comes on befire this Court upon Application by the Oklahoma Bar Association House of Delegates for approval of amendments to Article VIII, Section 1 of the Rules Creating and Controlling the Oklahoma Bar Association by increasing the amount of annual dues.
The Court finds that it has jurisdiction over this matter and the amendment to Article VIII, Section 1 of the Rules Creating and Controlling the Oklahoma Bar Association. The Application is granted to the extent set forth in Exhibit A attached hereto, effective January 1, 2025.
 
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 30th DAY OF SEPTEMBER, 2024.
/S/CHIEF JUSTICE
Kane, C.J., Kauger, Winchester, Edmondson, Combs, Gurich and Darby, JJ., concur;
Rowe, V.C.J. and Kuehn, J., dissent.

 EXHIBIT A
RULES CREATING AND CONTROLLING THE OKLAHOMA BAR ASSOCIATION
ARTICLE VIII
Section 1. ANNUAL DUES. The annual dues for each member of the Association shall be based upon the financial requirements of the Association including maintenance of an adequate reserve fund for contingencies and emergencies.
Until otherwise provided the annual dues for each active member shall be $350 per year; except that dues for active members who have been admitted to practice in any State less than three (3) years, as of the first day of January of the dues paying year, shall be $150 for each such year. All dues shall be due and payable, on or before January 2 of each year, to the Executive Director of the Association. Persons admitted to the Bar of this State after January 2 of any year shall not be liable for dues until January 2 of the following year. Nothing in these rules shall prevent the establishment of Sections with the approval of the Board of Governors, nor the charging of voluntary dues to members of any such Section.

EXHIBIT A
RULES CREATING AND CONTROLLING THE OKLAHOMA BAR ASSOCIATION
ARTICLE VIII
Section 1. ANNUAL DUES. The annual dues for each member of the Association shall be based upon the financial requirements of the Association including maintenance of an adequate reserve fund for contingencies and emergencies.
Until otherwise provided the annual dues for each active member shall be $275 $350 per year; except that dues for active members who have been admitted to practice in any State less than three (3) years, as of the first day of January of the dues paying year, shall be $137.50 $150 for each such year. All dues shall be due and payable, on or before January 2 of each year, to the Executive Director of the Association. Persons admitted to the Bar of this State after January 2 of any year shall not be liable for dues until January 2 of the following year. Nothing in these rules shall prevent the establishment of Sections with the approval of the Board of Governors, nor the charging of voluntary dues to members of any such Section.
 
 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA